UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL MARCEL CARTER #410324,

    Plaintiff,                              Case No. 1:14-CV-923

v.                                              Hon. Ray Kent

BILL VETTE, *et al*,

    Defendants.
_____/

## **JUDGMENT**

        This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.  Judgment is found in favor of defendants Bill Vette, Michael Moran, Kenneth McKee, Cathleen Stoddard, Nanette Norwood and J. Buchin as to all claims.

        **IT IS SO ORDERED.**

Dated: September 11, 2019                /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge